FILED

JAN 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50564 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-01474-BEN |
| v. | |
| LUCINA ROJO-RIVAS, | MEMORANDUM[*] |
| Defendant-Appellant, | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted January 18, 2017[**]

Before:    TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Lucina Rojo-Rivas appeals from the district court's judgment and challenges

the 55-month concurrent sentences imposed following her guilty-plea convictions

for importation of methamphetamine and heroin, in violation of 21 U.S.C. §§ 952

and 960.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except
as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

Rojo-Rivas contends that the district court erred by denying a minor role reduction to her base offense level under U.S.S.G. § 3B1.2(b).  She argues that the district court failed to consider Amendment 794, which amended the commentary to the minor role Guideline, and that the court clearly erred in finding that she did not play a minor role in the offense.  We need not reach these issues because we conclude that any error in the district court's application of the minor role Guideline was harmless.  The district court calculated the Guidelines range with and without the minor role reduction and explained the basis for the 55-month sentence under each range.  *See United States v. Munoz-Camarena*, 631 F.3d 1028, 1030 n.5 (9th Cir. 2011).

**AFFIRMED.**